UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

THE ORCHARD ENTERPRISES, INC.,

                    Plaintiff,

      v.

IMEEM, INC.,

                  Defendant.
-----------------------------------------------------X

Case No.

**COMPLAINT**

**DEMAND FOR JURY TRIAL**

**ECF CASE**

RECEIVED
OCT 21 2009
U.S.D.C. S.D. N.Y.
CASHIERS

      Plaintiff, The Orchard Enterprises, Inc., by its attorney, Anthony Motta, as and for its complaint against the defendant, Imeem, Inc., alleges the following:

## PARTIES

      1.  Plaintiff, The Orchard Enterprises, Inc. ("Orchard") is a Delaware corporation authorized to do business in New York State, with its principal place of business at 23 East 4th Street, 3rd Floor, New York, New York 10003.

      2.  Orchard is a music industry leader in worldwide digital based aggregation and distribution of digitized music, video and new media to online music retailers, mobile digital retailers, advertising agencies, music supervisors, film and television production companies among others, on its own behalf, and on behalf of record label and artist clients. Orchard holds copyrights registered with the U.S. Copyright Office in musical recordings it distributes (the "Orchard Masters").

      3.  Orchard Enterprises NY, Inc. ("Orchard NY") is a New York corporation wholly owned by Orchard with its principal place of business at 23 East 4th Street, 3rd Floor, New York,

New York 10003.

4.   Upon information and belief, the defendant, Imeem Inc. ("Imeem"), is a Delaware corporation with offices in San Francisco, California and at 37 West 28th Street, New York, New York 10001-4203.

5.   Upon information and belief, since approximately October 2004, Imeem has been the operator of the internet website "www.imeem.com" (the "imeem website").

6.   The imeem website provides a viral content sharing platform and social networking service, permitting, in part, those who register to establish an account and obtain a password to access sound recordings, videos and other images, to download sound recordings as "ring tones", to play sound recordings and videos as streaming media, to save the sound recordings and videos for future play as streaming media in the form of "playlists", to share "playlists" with third parties, and to permit third parties to add such "play lists" to their profile and their own "playlists".

7.   Upon information and belief, Teevee Toons, Inc. d/b/a TVT Records, Debtor ("TVT") is a Delaware corporation authorized to do business in New York State which on or about February 19, 2008 sought Chapter 11 Bankruptcy protection from the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") under Case No. 08-10562 (the "TVT Bankruptcy").

8.   Upon information and belief, TVT was an independent record label which over the course of its twenty-five year history produced sound recordings from which it released twenty-five Gold, Platinum and Multi-platinum albums from such artists as Nine Inch Nails, Ja Rule, Lil Jon, Snoop Dogg, the Eastside Boyz, Dashboard Confessional and Ying Yang Twins.

9. TVT owned the sound recordings and the copyrights associated with such sound recordings (the "TVT Masters") of the musical artists signed to it and it duly registered with the U.S. Copyright office "SR" copyrights in the TVT Masters. Attached as part of Exhibit A is a list of the TVT Masters, the SR number assigned each registration, and the date of the registration of each Master with the U.S. Copyright Office.

10. On or about June 26, 2008, the Bankruptcy Court issued a court order in the TVT Bankruptcy approving the sale of certain assets then owned by TVT and authorizing the assumption and assignment of certain executory contracts in connection with the sale of such assets, subject to an auction conducted in accordance with certain approved "Bid Procedures". At the auction, Orchard made the "highest and best offer" for such assets as determined by TVT and the Official Committee of Unsecured Creditors and the Court approved the sale of such assets to Orchard by TVT, subject to the terms of the Asset Purchase Agreement (the "Asset Purchase Agreement") between TVT and Orchard.

11. Pursuant to the Asset Purchase Agreement, Orchard, acquired all sound recordings, recorded masters, and tangible embodiments of sound recordings, the artwork and related rights created in connection therewith, as well as all copyrights and related Intellectual Property rights associated therewith, including, without limitation, the TVT Masters.

12. On or about August 28, 2009, Orchard caused to have the Assignment of Copyrights (the "Assignment") in and to the TVT Masters that was given by TVT to Orchard pursuant to the Asset Purchase Agreement to be recorded in the U.S. Copyright Office. A true and correct copy of the Certificate of Recordation is annexed as Exhibit A.

13. On or about October 2006 a wholly owned subsidiary of Orchard, currently named

Orchard Enterprises NY, Inc., entered into a Content Sales and Snocap Services Agreement with SNOCAP, Inc., an online music distributor and copyright management service known primarily for its "digital fingerprinting technology" ("Snocap" and the "Snocap Agreement").

14. The grant of rights in the Snocap Agreement was limited to the commercial exploitation of master recordings owned or controlled by Orchard NY, via digital download only and specifically not via streaming media. Such grant of rights permitted only promotional "preview clips" defined in the Snocap Agreement as "a digital sample of Your Master not exceeding thirty (30) seconds in duration (except for digital samples in the classical and jazz genre, which shall not exceed sixty (60) seconds in duration"). The distribution fee, as provided under paragraph 2(a) of the Snocap Agreement, refers only to downloads as being subject to such distribution fee.

15. Upon information and belief, in or about February 2008 Imeem acquired Snocap by purchase of shares of its stock and thereby assumed the duties and obligations of Snocap under the Snocap Agreement.

16. Thereafter, Imeem made available at least a portion of the TVT Masters and Orchard Masters by streaming media on the imeem website for a purpose other than as promotional preview clips and for a duration longer than permitted by the Snocap Agreement.

17. On or about June 29, 2009, Jason Pascal, the Vice President and Senior Counsel for Orchard, notified Imeem's counsel, Elizabeth Moody of Davis, Shapiro, Lewit and Hayes, LLP, via e--mail, that Imeem should cease making available for streaming on the imeem site any of the TVT Masters and Orchard Masters unless and until a license agreement was entered into between Imeem and Orchard.

18. Imeem has failed to cease permitting the streaming on the imeem website of the TVT Masters and Orchard Masters.

19. To date at least forty-four (44) albums upon which are embodied individual master recordings and three (3) individual master recordings from the TVT Masters and the Orchard Masters remain available for streaming on the imeem website. (The "Infringed Masters". A list of the Infringed Masters is attached as Exhibit B.)

## JURISDICTION AND VENUE

20. This is a civil action seeking damages and injunctive relief for copyright infringement under the Copyright Law of the United States (the "Copyright Act"), Title 17 U.S.C. §101 *et seq*; and damages under the copyright laws of other countries.

21. This Court has jurisdiction over the subject matter of this action pursuant to 17 U.S.C. §101., *et seq.*, 15 U.S.C. §1121 and pursuant to 28 U.S.C. §1331 and §1338(a).

22. Venue of this case is proper in this district pursuant to 28 U.S.C. §1391(a) and 28 U.S.C. §1400.

## FIRST CLAIM FOR COPYRIGHT
## INFRINGEMENT AGAINST IMEEM

23. Plaintiff repeats the allegations set forth in paragraphs 1 through 22.

25. Through its conduct alleged hereunder, Imeem has infringed and/or has caused the infringement of Orchard's copyrights in and to the Infringed Masters in violation of §106, and pursuant to §501, of the Copyright Act, 17 U.S.C. §§106 and 501, and under the laws of the various countries in which Imeem has made available the Infringed Masters for interactive streaming and public performance.

26. Each infringement by Imeem of Orchard's copyright in a master forming part of the Infringed Masters constitutes a separate and distinct act of infringement. Imeem's acts of infringement were willful, intentional, purposeful, in disregard and/or indifferent to the rights of Orchard.

27. As a direct and proximate result of said infringements by Imeem, Orchard is entitled to damages in an amount to be proven at trial which Orchard cannot presently ascertain or compute.

28. Orchard is also entitled to Imeem's profits attributable to each separate infringement pursuant to 17 U.S.C. §504. Orchard also is entitled to an accounting of all gross proceeds received by Imeem, directly or indirectly, from all uses of the Infringed Masters and request is hereby made that the Court order Imeem to render such an accounting of, and impose a constructive trust for the benefit of Orchard, with respect to such profits.

29. Alternatively, Orchard is entitled to statutory damages with respect to the Infringed Masters for which copyright registrations have been obtained, pursuant to 17 U.S.C. §504 (c), in the amount of $150,000.00 for each infringement by Imeem, or for such other amounts as may be proper under 17 U.S.C. §504(c).

30. Orchard is further entitled to an award of its attorney's fees and full costs in the commencement and prosecution of this action pursuant to 17 U.S.C. §505.

31. As a direct and proximate result of the foregoing acts and conduct, Orchard has sustained and will continue to sustain substantial, immediate, and irreparable injury, for which there is no adequate remedy at law. Unless Imeem is enjoined and restrained by this Court, Imeem will continue to infringe the copyrights in and to Infringed Masters by making them

available on the imeem website. Such infringement will, among other irreparable harm and damages, cause Orchard irreparable harm by damaging its goodwill and reputation and by destroying the commercial market for the Infringed Masters, causing Orchard to lose the benefits to which it is entitled based upon its rights in and to the copyrights in the Infringed Masters and based upon Orchard's extensive investment of time, effort and money in purchasing and promoting the Infringed Masters. Orchard is therefore entitled to the issuance of preliminary and permanent injunctive relief as against Imeem from engaging in its wrongful acts, as alleged herein.

## SECOND CLAIM AGAINST IMEEM
## FOR COMMON LAW UNJUST ENRICHMENT

32.   Orchard repeats the allegations set forth in paragraphs 1-31.

33.   Upon information and belief, Imeem has been and will continue to be unjustly enriched as a result of its unauthorized use of Orchard Masters for interactive streaming, thereby depriving Orchard of revenues it rightfully should receive.

34.   By the acts described hereunder, Imeem has retained revenues to which it is not equitably or legally entitled, and is thereby unjustly enriched at Orchard's expense, in violation of the common law of the State of New York.

35.   Imeem's acts have caused, and will continue to cause, irreparable injury to Orchard. Orchard has no adequate remedy at law and is thus damaged in an amount not yet determined.

**WHEREFORE,** Orchard demands judgment:

a) For a preliminary and permanent injunction enjoining Imeem and all persons acting in concert with it from

i)     Copying, reproducing, making available for interactive streaming, performing, promoting, advertising and distributing any of the Infringed Masters, or artwork, or performing any material that is substantially similar to the Infringed Masters and to deliver to the Court for destruction or other reasonable disposition all such material and means for producing same in Imeem's possession or control; and

ii)    attempting, causing or assisting any of the above actions to occur.

b) For actual damages and Imeem's profits in an amount in excess of $150,000 to be determined at trial.

c) For statutory damages pursuant to 17 U.S.C. §504.

d) For an accounting of, and imposition of a constructive trust with respect to Imeem's proceeds and profits attributable to their infringements of Orchard's copyrights in and to the Infringed Masters and artwork.

e) For interest on the damages awarded plaintiff.

f) For its reasonable attorney's fees and costs.

g) For such other and further relief as the Court deems just and proper.

Dated: New York, New York
       October 14, 2009.

_____
ANTHONY MOTTA (AM-1648)
Attorney for Plaintiff
50 Broadway, Suite 2202
New York, N.Y. 10004
Tel:  (212) 791-7360
Fax: (212) 791-7468

# EXHIBIT A



# Certificate of Recordation

This is to certify that the attached document was recorded
in the Copyright Office on the date and in the place shown below.

This certificate is issued under the seal of the
United States Copyright Office.

| DATE OF RECORDATION | |
|---|---|
| 28Aug09 | |

| VOLUME | DOC. NO. |
|---|---|
| 3579 | 333 |
| VOLUME | DOC. NO. |

*Marybeth Peters*

Register of Copyrights and
Associate Librarian for Copyright Services

# Document Cover Sheet
**UNITED STATES COPYRIGHT OFFICE**

Copyright Office fees are subject to change.
For current fees check the Copyright Office website at
www.copyright.gov, write to the Copyright Office,
or call (202) 707-3000.

**For Recordation of Documents**

Volume _3579_    Document _333_

Volume _____    Document _____

Date of recordation   M ___ **AUG 28 2009**
(ASSIGNED BY THE COPYRIGHT OFFICE)

Funds received _____

**DO NOT WRITE ABOVE THIS LINE · SEE INSTRUCTIONS ON REVERSE**

To the Register of Copyrights: *Please record the accompanying original document or properly certified copy thereof.*

**1**   First party name given in the document    The Orchard Enterprises, Inc.
(IMPORTANT: Please read instruction for this and other spaces.)

**2**   First title given in the document    1776 New Broadway Cast Recording

**3**   Total number of titles in the document    317 ✓

**4**   Amount of fee calculated    $1,545.00

**5**   Fee enclosed
   ☐ Check    ☐ Money order
   ☑ Fee authorized to be charged to a Copyright Office deposit account    061794

Deposit account number _____

Deposit account name _____

**6**   Completeness of document    ☑ Document is complete by its own terms    ☐ Document is not complete. Record "as is."

**IMPORTANT NOTE:** *A request to record a document "as is" under 37 CFR §201.4(c)(2) is an assertion that: (a) the attachment is completely unavailable for recordation; (b) the attachment is not essential to the identification of the subject matter of the document; and (c) it would be impossible or wholly impracticable to have the parties to the document sign or initial a deletion of the reference to the attachment.*

**7**   Certification of Photocopied Document    Complete this certification if a photocopy of the original signed document is substituted for a document bearing the actual original signature.
**NOTE:** *This space may not be used for documents that require an official certification.*

I declare under penalty of perjury that the accompanying document is a true and correct copy of the original document.

Signature _____ Date August 27, 2009

Duly authorized agent of The Orchard Enterprises, Inc.

**8**   Return to:    Name   The Orchard attn: Chris Lauterbach

Number/street   23 East 4th Street     Apt/suite   3rd Floor

City   New York     State   NY     Zip   10003

Phone number   (646) 472-1854     Fax number   1-866-625-7384

Email   clauterbach@theorchard.com

**SEND TO:** *Library of Congress, Copyright Office, Documents Recordation Section, 101 Independence Avenue SE, Washington, DC 20559-6000*
**INCLUDE ALL THESE TOGETHER:** *(1) Two copies of this form; (2) payment from a deposit account or by check/money order payable to Register of Copyrights; and (3) your document.*

GRANT OF COPYRIGHT INTEREST

V3579  D333
Page 1

WHEREAS, THE ORCHARD ENTERPRISES, INC., a Delaware corporation ("Orchard") has entered into an Asset Purchase Agreement dated as of July 3, 2008 (the "APA") with TeeVee Toons, Inc. d/b/a TVT Records ("TVT"); and

WHEREAS, by order of the United States Bankruptcy Court for the Southern District of New York, in re: TVT Toons, Inc. d/b/a TVT Records, Debtor, Case No. 08-10562 (ALG), entered on June 26, 2008, Orchard has acquired substantially all of TVT's assets;

NOW, THEREFORE, for good and valuable consideration, the receipt and adequacy of which are hereby acknowledged, subject to the terms and conditions of the APA, TVT hereby grants to Orchard all of TVT's right, title and interest in and to the following (the "Acquired Copyrights"):

(i)    all rights, title and interest (including rights acquired pursuant to a license or otherwise) under copyright in various published and unpublished works of authorship (including, without limitation, the works set forth on Schedule A annexed hereto) (collectively, the "Copyrights"), all copyright registrations issued to TVT and applications for copyright registration that have been or may hereafter be issued or applied for thereon in the United States and any state thereof (collectively, the "Copyright Registrations"), all common law and other rights in and to the Copyrights in the United States and any state thereof (but with respect to such copyright licenses, only to the extent permitted by such licensing arrangements) (the "Copyright Rights"), including, without limitation, each of the Copyrights, rights, titles, and interests in and to the Copyrights, all derivative works and other works protectable by copyright, which are presently, or in the future may be, owned, created (as a work for hire for the benefit of TVT), authored (as a work for hire for the benefit of TVT), or assigned by TVT, in whole or in part, and all Copyright Rights with respect thereto and all Copyright Registrations therefore, including all proceeds thereof, the right (but not the obligation) to sue in the name of TVT for past, present and future infringements of the Copyright and Copyright Rights; and

(ii)   all proceeds, products, rents, and profits of or from any and all of the foregoing Acquired Copyrights and, to the extent not otherwise included, all payments under insurance (whether or not Orchard is the loss payee thereof), or any indemnity, warranty or guaranty, payable by reason of loss or damage to or otherwise with respect to any of the foregoing Acquired Copyrights. For this Grant of Copyright Interest, the term "proceeds" includes whatever is receivable or received when Acquired Copyrights or proceeds are sold, licensed, exchanged, collected or otherwise disposed of, whether such disposition is voluntary or involuntary.

IN WITNESS WHEREOF, Orchard has caused this Grant of Copyright Interest to be duly executed and delivered by its officer thereunto duly authorized as of the 27th day of August, 2009.

The Orchard Enterprises, Inc.

By: _____
Jason Pascal, Vice-President & Senior Counsel

V3579  D333

Schedule A

V3579 D333
Page 2

| TITLE | REGISTRATION # | REGISTRATION DATE |
|---|---|---|
| 1776 NEW BROADWAY CAST RECORDING | SR-266-994 | 01-Jun-00 |
| 213 - GROUPIE LUV (WARREN G REMIXES) (SINGLE) | SR-364-747 | 24-Jan-05 |
| 213 - THE HARD WAY | SR-357-360 | 25-Aug-04 |
| 2GETHER-2GETHER | SR-266-960 | 02-May-00 |
| 2GETHER-AGAIN | SR-271-432 | 03-Oct-00 |
| 2GETHER-THE HARDEST PART OF BREAKING UP | SR-287-353 | 03-Oct-00 |
| 3000 MILES TO GRACELAND MOTION PICTURE SOUNDTRACK | SR-301-872 | 13-Nov-01 |
| A DAY FOR HONEY - A DAY FOR HONEY | SR-280-570 | 05-Jun-00 |
| ADDICTED TO LOVE-ORIGINAL MOTION PIX SDTRK | SR-280-757 | 05-Jun-00 |
| AFX-ANALOGUE BUBBLEBATH | SR-267-000 | 01-Jun-00 |
| AFX-ANALOGUE BUBBLEBATH | SR-298-330 | 26-Oct-01 |
| AFX-ANALOGUE BUBBLEBATH | VA-596-915 | 19-Dec-94 |
| AFX-ANALOGUE BUBBLEBATH | VA-1-014-364 | 26-Oct-01 |
| ALL OVER ME-ORIGINAL MOTION PIX SOUNDTRACK | SR-280-564 | 05-Jun-00 |
| AMBULANCE - LP | SR-357-118 | 04-Oct-04 |
| AMBULANCE - NEW ENGLISH EP | SR-386-075 | 17-Apr-06 |
| BEN SCHULTZ - TRI ALITY | SR-171-929 | 27-Aug-93 |
| BENDER-JEHOVAH'S HITLIST | SR-267-025 | 13-Jun-00 |
| BIRDBRAIN-BLISS | SR-280-571 | 05-Jun-00 |
| BIRDBRAIN-LET'S BE NICE | SR-280-576 | 05-Jun-00 |
| BLADE-ORIGINAL MOTION PICTURE SOUNDTRACK | SR-266-999 | 11-Jun-00 |
| Blue Epic - Love & Hate EP | SR-359-854 | 22-Mar-05 |
| BLUNT SPECIAL BLENDS | SR-281-672 | 13-Jun-00 |
| BOB MINTZER QUARTET - QUALITY TIME | SR-282-065 | 13-Jun-00 |
| BOBAFLEX - APOLOGIZE FOR NOTHING | SR 379-544 | 07-Dec-05 |
| BOBAFLEX - TALES FROM DIRT TOWN | SR 613-523 | 30-Nov-07 |
| BOBBY KONDERS & JABBA-ON DA REGGAE TIP | SR-282-246 | 13-Jun-00 |
| BOUNTY KILLER-FIFTH ELEMENT | SR-267-003 | 01-Jun-00 |
| BOUNTY KILLER-MY EXPERIENCE | SR-267-022 | 13-Jun-00 |
| BOUNTY KILLER-NEXT MILLENIUM | SR-267-023 | 13-Jun-00 |
| BRIAN JONESTOWN MASSACRE-LOVE | SR-350-934 | 18-Jun-04 |
| BRIAN JONESTOWN MASSACRE-STRUNG OUT IN HEAVEN | SR-264-138 | 02-Apr-99 |
| BUCK-O-NINE  - PASS THE DUTCHIE | SR-280-747 | 05-Jun-00 |
| BUCK-O-NINE  - PASS THE DUTCHIE | SR-298-320 | 26-Oct-01 |
| BUCK-O-NINE - TWENTY EIGHT TEETH | SR-267-001 | 01-Jun-00 |
| BUCK-O-NINE-LIBIDO | SR-280-916 | 05-Jun-00 |
| BUFFY THE VAMPIRE SLAYER - THE ALBUM | SR-266-962 | 02-May-00 |
| CASH MONEY CLICK-4 MY CLICK | SR-281-687 | 13-Jun-00 |
| CATHERINE-HOT SAKI & BEDTIME STORIES | SR-280-765 | 05-Jun-00 |
| CATHERINE-SLEEPY | SR-280-681 | 05-Jun-00 |
| CATHERINE-SORRY | SR-280-763 | 05-Jun-00 |
| CLOSURE-CLOSURE | SR-357-119 | 04-Oct-04 |
| CONSPIRACY THEORY-MOTION PICTURE SCORE ALBUM | SR-280-683 | 05-Jun-00 |
| COURSE OF EMPIRE-TELEPATHIC LAST WORDS | SR-282-247 | 13-Jun-00 |
| CRUNCH | SR-303-777 | 13-Nov-01 |
| CRUNK & DISORDERLY | SR-357-130 | 04-Oct-04 |
| CRUNK CLASSICS | SR-357-134 | 04-Oct-04 |
| CRUNK HITS VOL.2 | SR-395-191 | 23-Oct-06 |
| D*NOTE-BABEL | SR-280-939 | 05-Jun-00 |
| D*NOTE-CRIMINAL JUSTICE | SR-280-682 | 05-Jun-00 |
| DA MUSICIANZ - DA MUSICIANZ | SR-386-715 | 02-Jun-06 |
| DANCEHALL KINGS II - VARIOUS ARTISTS | SR-271-405 | 13-Jun-00 |
| DANCEHALL KINGS VOL 3-VARIOUS ARTISTS | SR-281-683 | 13-Jun-00 |
| DANCEHALL KINGS-VARIOUS ARTISTS | SR-271-407 | 13-Jun-00 |
| DANCEHALL QUEENS-VARIOUS ARTISTS | SR-271-406 | 13-Jun-00 |
| DARK CITY-SOUNDTRACK & SCORE | SR-280-745 | 05-Jun-00 |
| DAYINTHELIFE-DAYINTHELIFE | SR-271-397 | 12-Mar-01 |
| DEFAULT - ONE THING REMAINS | SR 379-542 | 07-Dec-05 |
| DEFAULT - THE FALLOUT | SR-301-869 | 13-Nov-01 |
| DEFAULT - THE FALLOUT LIMITED EDITION | SR 357-147 | 04-Oct-04 |

Schedule A

V3579 D333
Page 3

| TITLE | REGISTRATION # | REGISTRATION DATE |
|---|---|---|
| DEFAULT-ELOCATION | SR-357-117 | 04-Oct-04 |
| DEVIL'S ADVOCATE-MUSIC FROM THE MOTION PICTURE | SR-280-805 | 05-Jun-00 |
| DJ HURRICANE - CONNECT | SR-287-352 | 03-Oct-00 |
| DJ HURRICANE-DON'T SLEEP | SR-301-882 | 13-Nov-01 |
| DOGGY'S ANGELS - PLEEZBALEVIT | SR-301-884 | 13-Nov-01 |
| DOGGY'S ANGELS-RIDAZ WITH ME | SR-271-444 | 03-Oct-00 |
| EBN-BEHAVIOR MODIFICATION/WE WILL ROCK YOU | SR-281-815 | 13-Jun-00 |
| EBN-TELECOMMUNICATION BREAKDOWN | SR-280-940 | 05-Jun-00 |
| EN ESCH - CONFIDENCE | SR-359-823 | 22-Mar-05 |
| EN ESCH-CHEESY | SR-281-692 | 13-Jun-00 |
| FARGO/BARTON FINK SCORE | SR-280-764 | 05-Jun-00 |
| FELIX HERNANDEZ PRESENTS-RHYTHM REVUE | SR-281-673 | 13-Jun-00 |
| FLEDGLING | SR-281-685 | 13-Jun-00 |
| FOLLIES-THE COMPLETE RECORDING | SR-267-005 | 01-Jun-00 |
| G/Z/R-PLASTIC PLANET | SR-280-684 | 05-Jun-00 |
| GEEZER-BLACK SCIENCE | SR-280-746 | 05-Jun-00 |
| GEORGE HUNTLEY-BRAINJUNK | SR-282-509 | 13-Jun-00 |
| GIL SCOTT-HERON-SPIRITS | SR-280-568 | 05-Jun-00 |
| GIRL, INTERRUPTED-SOUNDTRACK | SR-266-969 | 10-May-00 |
| GOT TVT-VARIOUS ARTISTS | SR-281-677 | 13-Jun-00 |
| GRAVITY KILLS - GUILTY | SR-359-822 | 22-Mar-05 |
| GRAVITY KILLS-GRAVITY KILLS | SR-266-995 | 01-Jun-00 |
| GRAVITY KILLS-PERVERSION | SR-179-336 | 09-Jun-98 |
| GRUMPIER OLD MEN-SOUNDTRACK | SR-280-759 | 05-Jun-00 |
| GUIDED BY VOICES - DO THE COLLAPSE | SR-266-966 | 02-May-00 |
| GUIDED BY VOICES - ISOLATION DRILLS | SR-301-883 | 13-Nov-01 |
| GUIDED BY VOICES-HOLD ON HOPE EP | SR-267-024 | 13-Jun-00 |
| HAPPY ACCIDENTS - OMPST | SR-301-889 | 13-Nov-01 |
| HEAVY-ORIGINAL MP SOUNDTRACK | SR-280-806 | 05-Jun-00 |
| HIDEAWAY-MUSIC FROM THE MOTION PICTURE | SR-280-915 | 05-Jun-00 |
| HI-LO COUNTRY-SOUNDTRACK | SR-281-659 | 13-Jun-00 |
| IGNITE-A PLACE CALLED HOME | SR-274-911 | 10-Jul-00 |
| JACK RUBIES-FASCINATING VACATION | SR-172-219 | 27-Aug-93 |
| JACK RUBIES-SEE THE MONEY... | SR-168-590 | 27-Aug-93 |
| JACKI O - POE LITTLE RICH GIRL | SR-363-815 | 24-Jan-05 |
| JINGLE ALL THE WAY-ORIGINAL MOTION PIC SDTK | SR-280-679 | 05-Jun-00 |
| JON JARVIS TRIO - HEAR NO EVIL | SR-281-686 | 13-Jun-00 |
| JON JARVIS TRIO-NEVER NEVER LAND | SR-282-064 | 13-Jun-00 |
| Just Jack - Overtones | SR-610-485 | 9/24/07 |
| JUST JACK - THE OUTER MARKER | SR-357-113 | 04-Oct-04 |
| JUSTER | SR-281-816 | 13-Jun-00 |
| JUSTER - I REMEMBER THAT NIGHT | SR-217-890 | 03-Sep-96 |
| KAMA SUTRA-ORIGINAL MOTION PICTURE SDTK | SR-280-804 | 05-Jun-00 |
| KINSU - HUBBA BUBBA BABY | SR-282-507 | 13-Jun-00 |
| KINSU-CONSENSUAL SEX | SR-280-918 | 05-Jun-00 |
| LA FEMME NIKITA-ORIGINAL TV SOUNDTRACK | SR-280-573 | 05-Jun-00 |
| LATANYA-IF YOU PLAY YOUR CARDS RIGHT | SR-282-260 | 13-Jun-00 |
| LATANYA-KEYS | SR-282-243 | 13-Jun-00 |
| LATANYA-LATANYA | SR-271-431 | 03-Oct-00 |
| LATANYA-WHAT U ON | SR-282-259 | 13-Jun-00 |
| LIL JON - SNAP YO FINGERS | SR-393-963 | 13-Jun-06 |
| LIL JON & THE EAST SIDE BOYZ - CRUNK JUICE | SR-361-069 | 01-Dec-04 |
| LIL JON & THE EAST SIDE BOYZ - CRUNK JUICE (LIMITED EDITION) | SR-361-071 | 02-Dec-04 |
| LIL JON & THE EAST SIDE BOYZ - KINGS OF CRUNK | SR-357-115 | 04-Oct-04 |
| LIL JON & THE EAST SIDE BOYZ-PART II | SR-357-148 | 04-Oct-04 |
| LIL JON & THE EASTSIDE BOYZ - PUT YO HOOD UP | SR-303-082 | 14-Nov-01 |
| LOST IN SPACE-SOUNDTRACK | SR-258-725 | 07-Feb-00 |
| Love and A Bullet-Soundtrack | SR-359-852 | 22-Mar-05 |
| Lumidee-Unexpected | SR-610-509 | 9/24/07 |
| MAGNIFIED-STAND IN TRAFFIC | SR-280-761 | 05-Jun-00 |

Schedule A

V3579 D333
Page 4

| TITLE | REGISTRATION # | REGISTRATION DATE |
|---|---|---|
| MARCOS HERNANDEZ - C ABOUT ME | SR-379-541 | 07-Dec-05 |
| ME & MY BROTHER | SR-357-129 | 04-Oct-04 |
| MIC GERONIMO-IT'S REAL | SR-284-201 | 13-Jun-00 |
| MIC GERONIMO-THE NATURAL | SR-271-398 | 13-Jun-00 |
| MIC GERONIMO-VENDETTA | SR-271-399 | 13-Jun-00 |
| MISS CONGENIALITY - O.M.P.S.T. | SR-301-870 | 13-Nov-01 |
| MODERN ENGLISH-I MELT WITH YOU | SR-175-624 | 27-Aug-93 |
| MODERN ENGLISH-PILLOW LIPS | SR-171-401 | 27-Aug-93 |
| MOOD-DOOM | SR-271-404 | 13-Jun-00 |
| MY FELLOW AMERICANS-ORIGINAL  MP SDTK | SR-281-662 | 13-Jun-00 |
| NARC - MUSIC FROM THE MOTION PICTURE | SR-357-123 | 04-Oct-04 |
| NASHVILLE PUSSY-HIGH AS HELL | SR-267-026 | 13-Jun-00 |
| NAUGHTY BY NATURE - IICONS | SR-357-135 | 04-Oct-04 |
| NBC: A SOUNDTRACK OF MUST SEE TV | SR-357-126 | 04-Oct-04 |
| NEXT UP:RAP'S NEW GENERATIONS-BLUNT BLENDS VOL2 | SR-274-917 | 10-Jul-00 |
| NEXT UP:RAP'S NEW GENERATIONS-BLUNT BLENDS VOL2 | SR-300-405 | 09-Nov-01 |
| New Years Day-My Dear | SR-610-487 | 9/24/07 |
| NO MERCY-SOUNDTRACK | SR-285-334 | 13-Jul-00 |
| NOTHINGFACE - SKELETONS | SR-357-133 | 04-Oct-04 |
| NOTHINGFACE-VIOLENCE | SR-301-875 | 13-Nov-01 |
| OPEN WATER - ORIGINAL MOTION PICTURE SCORE | SR-357-132 | 04-Oct-04 |
| PARTY MONSTER - ORIGINAL MOTION PICTURE SOUNDTRACK | SR-357-128 | 04-Oct-04 |
| PAY THE GIRL - PAY THE GIRL | SR-329-251 | 17-Mar-03 |
| PHAT BEACH-ORIGINAL MP SOUNDTRACK | SR-280-567 | 05-Jun-00 |
| PITBULL - EL MARIEL | SR-396-336 | 06-Nov-06 |
| PITBULL - MARIEL - BEST BUY EXCLUSIVE | PA-1-618-617 | 31-Aug-07 |
| PITBULL - EN LA ESQUINA - MP3 ONLY | SRu-651-504 | 23-Apr-07 |
| PITBULL - "GUILTY BY ASSOCIATION" FROM EL MARIEL - TARGET EXCLUSIVE | SR-612-261 | 8/31/07 |
| PITBULL - M.I.A.M.I. (MONEY IS A MAJOR ISSUE) | SR-357-121 | 04-Oct-04 |
| PITBULL - MONEY IS STILL A MAJOR ISSUE | SR-386-679 | 17-Apr-06 |
| PITBULL - STICKY ICKY (SINGLE) | SR-609-899 | 31-Aug-07 |
| PITBULL - STICKY ICKY GOIN' LOCAL - MP3 ONLY | SR-609-910 | 31-Aug-07 |
| PITBULL - THE BOATLIFT | SR 613-522 | 30-Nov-07 |
| PORTABLE-PORTABLE | SR-281-684 | 13-Jun-00 |
| PORTABLE-SECRET LIFE | SR-271-396 | 12-Mar-01 |
| RAM-Z-LET ME BE THE ONE | SR-287-351 | 03-Oct-00 |
| RISE ROBOTS RISE | SR-168-376 | 21-Jul-93 |
| RISE ROBOTS RISE - SPAWN | SR-185-056 | 17-Feb-94 |
| RISE ROBOTS RISE-IF I ONLY KNEW | SR-168-375 | 21-Jul-93 |
| ROCK HARD: TVT ROCK 2000 | SR-274-914 | 10-Jul-00 |
| ROYAL FINGERBOWL-GREYHOUND AFTERNOONS | SR-287-339 | 03-Oct-00 |
| ROYAL FINGERBOWL-HAPPY BIRTHDAY SABO | SR-280-914 | 05-Jun-00 |
| ROYAL FLUSH-GHETTO MILLIONAIRE | SR-281-665 | 19-Aug-97 |
| RUN LOLA RUN-ORIGINAL MOTION PICTURE SOUNDTRACK | SR-266-963 | 02-May-00 |
| SANDRA BERNHARD-I'M STILL HERE...DAMN IT! | SR-281-666 | 05-Jul-00 |
| SCARE DEM CREW-SCARED FROM THE CRYPT | SR-280-758 | 05-Jun-00 |
| SCARY MOVIE:ORIGINAL MOTION PICTURE SOUNDTRACK | SR-274-916 | 10-Jul-00 |
| SCI-FI'S GREATEST HITS V1-FINAL FRONTIERS | SR-288-331 | 13-Jun-00 |
| SCI-FI'S GREATEST HITS V2-THE DARK SIDE | SR-281-690 | 13-Jun-00 |
| SCI-FI'S GREATEST HITS V3-THE UNINVITED | SR-281-679 | 13-Jun-00 |
| SCI-FI'S GREATEST HITS V4-DEFENDERS OF JUSTICE | SR-281-688 | 13-Jun-00 |
| SEASONS | SR-357-120 | 04-Oct-04 |
| SEVEN SIMONS-FOUR TWENTY-FOUR | SR-168-589 | 27-Aug-93 |
| SEVENDUST - ANIMOSITY | SR-357-116 | 04-Oct-04 |
| SEVENDUST - HOME | SR-266-964 | 02-May-00 |
| SEVENDUST - HOME | SR-276-209 | 01-Mar-00 |
| SEVENDUST - SEVENDUST | SR-255-574 | 30-Oct-98 |
| SEVENDUST - SOUTHSIDE DOUBLE-WIDE ACOUSTIC LIVE | SR 357-149 | 04-Oct-04 |
| SEVEN-ORIGINAL M.P. SOUNDTRACK | SR-267-006 | 01-Jun-00 |
| SHAKE WHAT YOUR MAMA GAVE YA | SR-282-258 | 13-Jun-00 |



Schedule A                    V3579 D333
                              Page 5

| TITLE | REGISTRATION # | REGISTRATION DATE |
|---|---|---|
| SLO LEAK-WHEN THE CLOCK STRIKES 12 | SR-280-762 | 05-Jun-00 |
| SMOKE SIGNALS-ORIGINAL MOTION PICTURE SDTK | SR-280-919 | 05-Jun-00 |
| SNATCH ORIGINAL MOTION PICTURE SOUNDTRACK | SR-357-127 | 04-Oct-04 |
| SNOOP DOGG PRESENTS THA EASTSIDAZ (CLEAN) | SR-266-961 | 02-May-00 |
| SOMEONE LIKE YOU - O.M.P.S.T. | SR-301-874 | 13-Nov-01 |
| SOUNDTRACK - MUSIC INSPIRED BY BAADASSSSSCINEMA THE SOUNDS OF BLAXPLOITATION | SR-359-835 | 22-Mar-05 |
| SPECIES 2-SOUNDTRACK | SR-280-756 | 05-Jun-00 |
| SPEECH-HOOPLA | SR-266-965 | 02-May-00 |
| SPOOKEY RUBEN-MODES OF TRANSPORTATION | SR-280-680 | 05-Jun-00 |
| SPOOKEY RUBEN-WENDY MCDONALD | SR-280-574 | 05-Jun-00 |
| STARSKY & HUTCH - ORIGINAL MOTION PICTURE SOUNDTRACK | SR-357-122 | 04-Oct-04 |
| STILLSUIT-AT THE SPEED OF LIGHT | SR-280-807 | 05-Jun-00 |
| STRANGELAND-ORIGINAL MOTION PICTURE SDTK | SR-266-997 | 13-Jun-00 |
| Supa DJ Dmitry-Don't Talk Me Down | SR-370-802 | 05-Jul-05 |
| Super Troopers-Soundtrack | SR-359-856 | 22-Mar-05 |
| SURVIVOR - OFFICIAL PARTY SURVIVAL KIT | SR-301-885 | 13-Nov-01 |
| SURVIVOR-ORIGINAL SOUNDTRACK TO CBS TV SHOW | SR-357-125 | 04-Oct-04 |
| Swimfan-Soundtrack | SR-366-999 | 22-Mar-05 |
| TARA THOMAS-WHEN YOU'RE IN LOVE | SR-281-670 | 13-Jun-00 |
| TEEDRA MOSES - COMPLEX SIMPLICITY | SR-375-131 | 04-Oct-04 |
| THA EASTSIDAZ - DUCES N TRAYS | SR-301-871 | 13-Nov-01 |
| THE BALDWIN BROTHERS - RETURN OF THE GOLDEN RHODES | SR-394-145 | 23-Oct-06 |
| THE BIG HIT-SOUNDTRACK | SR-280-572 | 05-Jun-00 |
| THE BLUE VAN - DEAR INDEPENDENCE | SR-396-319 | 06-Nov-06 |
| THE CINEMATICS - A STRANGE EDUCATION | SR-610-493 | 7-Feb-08 |
| THE CORDS - GASPING EP | SR-281-675 | 13-Jun-00 |
| THE CORDS - TARUS NO BULL | SR-189-952 | 14-Jul-93 |
| THE FAN-MUSIC FROM THE MOTION PICTURE | SR-280-563 | 05-Jun-00 |
| THE HOLLOWAYS- SO THIS IS GREAT BRITAIN | SR-610-507 | 9/24/07 |
| THE KICKS - HELLO HONG KONG | SR-357-124 | 04-Oct-04 |
| THE LAST SUPPER-ORIGINAL M.P. SOUNDTRACK | SR-280-542 | 05-Jun-00 |
| The Polyphonic Spree-The Fragile Army | SR-610-510 | 9/2/4/07 |
| THE SAINTS-ALL FOOLS DAY | SR-280-565 | 05-Jun-00 |
| THE SAINTS-PRODIGAL SON | SR-280-678 | 05-Jun-00 |
| THE STRAYS - LE FUTUR NOIR | SR-395-192 | 23-Oct-06 |
| THE UNBAND-RETARDER | SR-267-002 | 01-Jun-00 |
| Three  Merry Widows - Which Dreamed It? | SR-170-400 | 27-Aug-93 |
| TIMELORDS-DOCTORIN THE TARDIS | SR-284-212 | 13-Jul-00 |
| TIMELORDS-THE HISTORY OF THE JAMS | SR-280-556 | 05-Jun-00 |
| TOWERS OF LONDON - BLOOD SWEAT & TOWERS | SR-392-895 | 23-Aug-06 |
| TRAFFIC ORIGINAL MOTION PICTURE SOUNDTRACK | SR-301-886 | 13-Nov-01 |
| TRINITY HI-FI  - FUEGO | SR-301-888 | 13-Nov-01 |
| TSAR - BAND-GIRLS-MONEY | SR 365-997 | 17-Aug-05 |
| Twisted Black-Street Fame | SR-610-506 | 9/24/07 |
| TWO IF BY SEA-ORIGINAL M.P. SOUNDTRACK | SR-280-760 | 05-Jun-00 |
| V/A - BUDWEISER PRESENTS FRANKIE AND LOUIE'S GREATEST HITS | SR-359-836 | 22-Mar-05 |
| V/A - CRUNK HITS | SR 379-543 | 07-Dec-05 |
| V/A - CRUNK HITS (DVD) | SR-379-543 | 07-Dec-05 |
| V/A - Crunk Hits Volume 3 | SR-399-466 | 12-Jan-07 |
| V/A - Hyphy Hitz | SR-399-469 | 12-Jan-07 |
| Vallejo-Vallejo | SR-228-695 | 14-Jan-99 |
| Vallejo-Beaautiful Life | SR-228-694 | 14-Jan-99 |
| VISION OF DISORDER- FROM BLISS TO DEVASTATION | SR-301-887 | 13-Nov-01 |
| WALKING AND TALKING-MUSIC FROM THE MIRAMIX PIX | SR-280-569 | 05-Jun-00 |
| WHAT U GON' DO (PROMO SINGLE) | SR-364-746 | 24-Jan-05 |
| WHIPPED-ORIGINAL MOTION PICTURE SOUNTRACK | SR-271-433 | 03-Oct-00 |
| WHITE BOYS SOUNDTRACK | SR-266-967 | 02-May-00 |
| WHORIDAS-HIGH TIMES | SR-280-575 | 15-Jun-00 |
| WHORIDAS-HIGH TIMES | SR-298-325 | 26-Oct-01 |
| WIZARD OF OZ-CAST RECORDING | SR-267-004 | 01-Jun-00 |

**Schedule A**

V3579 D333
Page 6

| TITLE | REGISTRATION # | REGISTRATION DATE |
|---|---|---|
| XTC-TRANSISTOR BLAST | SR-267-021 | 13-Jun-00 |
| YING YANG TWINS - CHEMICALLY IMBALANCED | SR-398-330 | 29-Nov-06 |
| YING YANG TWINS - GEORGIA DOME (SINGLE) | SRu-505-655 | 17-Mar-03 |
| YING YANG TWINS - HALFTIME (SINGLE) | SR-365-127 | 24-Jan-05 |
| YING YANG TWINS - MY BROTHER AND ME | SR-360-932 | 24-Jan-05 |
| YING YANG TWINS - NAGGIN' | SRu-505-653 | 17-Mar-03 |
| YING YANG TWINS - U.S.A STILL UNITED | SR-383-256 | 06-Feb-06 |
| YING YANG TWINS - U.S.A. (United State of Atlanta) | SR 365-986 | 17-Aug-05 |
| YO GOTTI - BACK 2 DA BASICS | SR-386-726 | 02-Jun-06 |
| YO GOTTI - BACK 2 DA BASICS SLICED & SCREWED | SR-396-337 | 06-Nov-06 |
| Ambulance Ltd. - Stay Where You Are | PA 1-282-938 | 1-Jun-01 |
| Da Musicianz - Camera Phone | PA-1-326-415 | 21-May-02 |
| Lil Jon - Snap Yo Fingers | PA-1-326-414 | 18-May-02 |
| Lil Jon & The East Side Boyz - Real Nigga Roll Call | PA-1-269-730 | 23-Jan-01 |
| Lil Jon & The East Side Boyz - What U Gon' Do | PA-1-269-731 | 23-Jan-01 |
| Marcos Hernandez - If You Were Mine | PA-1-305-879 | 11-Dec-01 |
| Pitbull - Bojangles | PA-1-348-366 | 24-Oct-02 |
| Pitbull - Toma | PA-1-282-939 | 1-Jun-01 |
| Sevendust - Live and Loud | PA-973-997 | 13-Jun-00 |
| Sevendust - Retrospect | PA-1-100-729 | 13-Nov-01 |
| The A'z - Yadadamean | PA-1-378-693 | 11-Jan-03 |
| The Strays - Life Support | PA-1-307-318 | 5-Feb-02 |
| Towers of London - On A Noose | PA-1-283-143 | 8-Jun-01 |
| Tsar - Band-Girls-Money | PA-1-295-091 | 16-Aug-01 |
| Ying Yang Twins - Badd | PA-1-304-257 | 4-Jul-01 |
| Ying Yang Twins-Dangerous | PA-1-346-747 | 5-Nov-02 |
| Ying Yang Twins - Wait | PA-1-282-940 | 1-Jun-01 |
| Ying Yang Twins feat. Pitbull - Shake | PA-1-305-868 | 11-Dec-01 |
| Yo Gotti - Gangsta Party | PA-1-316-003 | 9-Apr-02 |
| AMBULANCE - EP | IN PROCESS | IN PROCESS |
| BOBAFLEX - PRETTY RAZORS (MP3 ONLY) | IN PROCESS | IN PROCESS |
| COUNRTI BOI - I'm A BOSS! (DIGITAL RELEASE ONLY) | IN PROCESS | IN PROCESS |
| DUDE 'N NEM - WATCH MY FEET (DIGITAL RELEASE ONLY) | IN PROCESS | IN PROCESS |
| DUDE 'N NEM - WATCH MY FEET (VIDEO) | IN PROCESS | IN PROCESS |
| Full Force-Still Standing | IN PROCESS | IN PROCESS |
| KEKE WYATT - GHETTO ROSE (DIGITAL RELEASE ONLY) | IN PROCESS | IN PROCESS |
| Lil Jon-Act A Fool | IN PROCESS | IN PROCESS |
| Lumidee-CRAZY (VIDEO) | IN PROCESS | IN PROCESS |
| Magic-Shorty | IN PROCESS | IN PROCESS |
| New Years Day-LET'S TOAST | IN PROCESS | IN PROCESS |
| New Years Day-I WAS RIGHT (VIDEO) | IN PROCESS | IN PROCESS |
| O-SOLO - MONSTA (DIGITAL RELEASE ONLY) | IN PROCESS | IN PROCESS |
| PITBULL - "LEMONHEAD DELIGHT" FROM EL MARIEL - TRANSWORLD EXCLUSIVE | IN PROCESS | IN PROCESS |
| PITBULL - "SE ACABO" FROM EL MARIEL - WALMART EXCLUSIVE | IN PROCESS | IN PROCESS |
| PITBULL - EL MARIEL (VIDEO VERSION) - digital version | IN PROCESS | IN PROCESS |
| PITBULL - EL MARIEL W/ "WE RUN THIS" (BONUS TRACK) - MP3 ONLY | IN PROCESS | IN PROCESS |
| PITBULL - GOON (MP3 ONLY) | IN PROCESS | IN PROCESS |
| PITBULL - GO GIRL (VIDEO) | IN PROCESS | IN PROCESS |
| PITBULL - SECRET ADMIRER (VIDEO) | IN PROCESS | IN PROCESS |
| Supa DJ Dmitry-Scream of Consciousness | IN PROCESS | IN PROCESS |
| THE A'Z - NO DOUBT ABOUT IT (MP3 ONLY) | IN PROCESS | IN PROCESS |
| THE A'Z - YADADAMEAN (DIGITAL RELEASE ONLY) | IN PROCESS | IN PROCESS |
| The Baldwin Brothers - Cooking With Lasers | IN PROCESS | IN PROCESS |
| The Blue Van-The Art Of Rolling | IN PROCESS | IN PROCESS |
| THE CINEMATICS - LIVE SESSIONS (ITUNES EXCLUSIVE) | IN PROCESS | IN PROCESS |
| THE CINEMATICS - box (MP3 ONLY) | IN PROCESS | IN PROCESS |
| THE CINEMATICS - HOME (MP3 ONLY) | IN PROCESS | IN PROCESS |
| THE CINEMATICS - HOME (VIDEO) | IN PROCESS | IN PROCESS |
| THE CINEMATICS - KEEP FORGETTING (VIDEO) | IN PROCESS | IN PROCESS |
| THE HOLLOWAYS- MOST LONELY FACE (MP3 ONLY) | IN PROCESS | IN PROCESS |

**Schedule A**                         V3579 D333
                                       Page 7

| TITLE | REGISTRATION # | REGISTRATION DATE |
|-------|---------------|-------------------|
| THE HOLLOWAYS- HALLELUJAH I LOVE HER (MP3 ONLY) | IN PROCESS | IN PROCESS |
| THE HOLLOWAYS-GENERATOR VIDEO | IN PROCESS | IN PROCESS |
| The Polyphonic Spree-The Fragile Army-Special Edition | IN PROCESS | IN PROCESS |
| The Polyphonic Spree-RUNNING AWAY (VIDEO) | IN PROCESS | IN PROCESS |
| Twisted Black-Throw It Up | IN PROCESS | IN PROCESS |
| The Cinematics - Break | IN PROCESS | IN PROCESS |
| Towers Of London - Air Guitar | IN PROCESS | IN PROCESS |
| The Holloways - 2 Left Feet | IN PROCESS | IN PROCESS |
| Towers Of London - Fuck It Up | IN PROCESS | IN PROCESS |
| Towers Of London - Fuck It Up (acoustic) | IN PROCESS | IN PROCESS |
| Towers Of London - How Rude She Was | IN PROCESS | IN PROCESS |
| WAYNE - MUSIC ON PLASTIC | IN PROCESS | IN PROCESS |
| Wildlife Society-Jacktown 601 | IN PROCESS | IN PROCESS |
| Everything Is Illuminated - Soundtrack | IN PROCESS | IN PROCESS |
| YING YANG TWINS - WHAM BOOM BAM (DIGITAL RELEASE ONLY) | IN PROCESS | IN PROCESS |
| CRUNK HITS 4 | IN PROCESS | IN PROCESS |
| Be Cool-Soundtrack | IN PROCESS | IN PROCESS |

17

# EXHIBIT B

| ARTIST | ALBUM | REGISTRATION # |
|---|---|---|
| Ambulance Ltd. | LP | SR-357-118 |
| Bounty Killer | Fifth Element | SR-267-003 |
| Da Muzicianz | Da Muzicianz | SR-386-715 |
| Gravity Kills | Gravity Kills | SR-266-995 |
| Gravity Kills | Perversion | SR-179-336 |
| Guided By Voices | Do The Collapse | SR-266-966 |
| Guided By Voices | Isolation Drills | SR-301-883 |
| Jacki-0 | Poe Little Rich Girl | SR-363-815 |
| Just Jack | Overtones | SR-610-485 |
| Juster | What I See What I Think (Juster) | SR-281-816 |
| Lil Jon & The East Side Boyz | Crunk Juice | SR-361-069 |
| Lil Jon & The East Side Boyz | Kings of Crunk | SR-357-115 |
| Lil Jon & The East Side Boyz | Part II | SR-357-148 |
| Lil Jon & The East Side Boyz | Put Yo Hood Up | SR-303-082 |
| Lumidee | Unexpected | SR-610-509 |
| Marcos Hernandez | C About Me | SR-379-541 |
| Mic Geronimo | The Natural | SR-271-398 |
| Mic Geronimo | Vendetta | SR-271-399 |
| Modern English | I Melt With You | SR-175-624 |
| New Years Day | My Dear | SR-610-487 |
| Pay The Girl | Pay The Girl | SR-329-251 |
| Pitbull | El Mariel | SR-396-336 |
| Pitbull | M.I.A.M.I. (Money Is A Major Issue) | SR-357-121 |
| Pitbull | The Boatlift | SR-613-522 |
| Rise Robots Rise | Rise Robots Rise | SR-168-376 |
| Royal Flush | Ghetto Millionaire | SR-281-665 |
| Sevendust | Animosity | SR-357-116 |
| Sevendust | Home | SR-266-964 |
| Sevendust | Southside Double Wide | SR-357-149 |
| Teedra Moses | Complex Simplicity | SR-375-131 |
| Tha Eastsidaz | Duces n' Trays: The Old Fashioned Way | SR-301-871 |
| The Brian Jonestown Massacre | Strung Out In Heaven | SR-264-138 |
| The Cinematics | A Strange Education | SR-610-493 |
| The Holloways | So This Is Great Britain? | SR-610-507 |

| | | |
|---|---|---|
| Towers Of London | Blood Sweat & Towers | SR-392-895 |
| Twisted Black | Street Fame | SR-610-506 |
| Vallejo | Beautiful Life | SR-228-694 |
| Vallejo | Vallejo | SR-228-695 |
| Whoridaz | Hightimes | SR-280-575 |
| Ying Yang Twins | Chemically Imbalanced | SR-398-330 |
| Ying Yang Twins | U.S.A. (United State of Atlanta) | SR-365-986 |
| Yo Gotti | Back 2 Da Basics | SR-386-726 |

| ARTIST | SONG | REGISTRATION # |
|---|---|---|
| Cash Money Click | 4 My Click | SR-281-687 |
| Lil Jon | Snap Yo Fingers | SR-393-963 |
| Supa DJ Dimitry | Don't Talk Me Down | SR-370-802 |