UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
THE ORCHARD ENTERPRISES, INC.,

                       Plaintiff,

       v.

IMEEM, INC.,
                       Defendant.
------------------------------------------------------X

Case No. 09 Civ. 8896 (DC)

**ECF CASE**

**ORDER TO SHOW CAUSE FOR ENTRY OF DEFAULT JUDGMENT**

UPON the summons and complaint filed in this action, the affidavit of service of Andy Esquer, sworn to on November 4, 2009, the declaration of Anthony Motta, executed on December 9, 2009, the declaration of Christopher Lauterbach, executed on December 1, 2009, and the exhibits annexed thereto, and the Statement of Damages, and pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure and Local Civil Rule 55.2(b); it is

**ORDERED** that the defendant shall come before this court before the Honorable Denny Chin at 10:30 o'clock, a.m., on December 17, 2009, or as soon thereafter as counsel can be heard, in Courtroom 11A, at the United States Courthouse, 500 Pearl Street, New York, New York, and show cause why plaintiff's motion should not be granted and a default judgment against the defendant, Imeem Inc., together with such other and further relief as this Court deems necessary and appropriate.

**ORDERED** that service of a copy of this order to show cause, together with the papers upon which it is granted, shall be deemed good and sufficient if made on or before December

////

////

////

9, 2009 by overnight mail to the defendant, Imeem, Inc.

Dated: December 9, 2009

SO ORDERED:

_____
U.S.D.J.